IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| CARL BLAIN, *Individually and On Behalf of All Others Similarly Situated,* )<br><br>Plaintiff, )<br><br>v. )<br><br>SIMM ASSOCIATES, INC., )<br><br>Defendant. ) | Civil Action No. 1:22-CV-055-C |

## **ORDER**

The Parties have indicated to the Court that they have settled this civil action.

Accordingly, this case is **ADMINISTRATIVELY CLOSED** without prejudice to its being

reopened to enter an order of dismissal or to enter other orders if the settlement is not

consummated.  Counsel in this case are **ORDERED** to file appropriate dismissal papers on or

before 60 days from the date of this Order.

SO ORDERED.

Dated June _23_ , 2022.

_____

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE