IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| CARL BLAIN, *Individually and On Behalf of All Others Similarly Situated*,<br><br>   Plaintiff,<br><br>v.<br><br>SIMM ASSOCIATES, INC.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:22-CV-055-C |

## ORDER

On this day, the Court considered Plaintiff's Notice of Voluntary Dismissal with Prejudice, filed September 19, 2022, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that all claims asserted in the above-styled and -numbered civil action are hereby **DISMISSED WITH PREJUDICE**.

SO ORDERED.

Dated September 26, 2022.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE